UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* SHELLY ROMAN,<br><br>    Plaintiff,<br><br>v.<br><br>ALL STATE CAREER, INC.<br>and<br>EDUCATION AFFILIATES, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   CIVIL NO. JKB-10-1730<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States and relator, Shelly Roman (relator), filed a Joint Stipulation of Partial Dismissal of this action. The Court rules as follows:

1. Consistent with the terms and conditions of the Settlement Agreement executed by the United States, relator, and defendants All State Career, Inc. (All State) and Education Affiliates, Inc. (Education Affiliates), all claims asserted on behalf of the United States against All State and/or Education Affiliates in this Civil Action for the Covered Conduct as defined in the Settlement Agreement shall be dismissed with prejudice, and all remaining claims asserted against All State and/or Education Affiliates in this Civil Action shall be dismissed without prejudice to the United States;

2. Consistent with the terms and conditions of the Settlement Agreement executed by the United States, relator, and defendants All State and Education Affiliates, all claims asserted by relator on behalf of the United States against defendants All State and Education Affiliates in this Civil Action shall be dismissed with prejudice.

IT IS SO ORDERED,

This 7 day of July, 2015.

THE HONORABLE JAMES K. BREDAR
United States District Judge